UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LONNIE KADE WELSH,
Institutional ID No. 6516607

          Plaintiff,

v.

MANAGEMENT AND TRAINING
CORPORATION, et al.,

          Defendants.

No. 5:24-CV-00069-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with the Court's orders.

Dated December 20, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge